# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BELINDA MOORE, et al.
Plaintiff(s),

vs.

DISTRICT OF COLUMBIA
Defendant(s).

Civil Case No. 06-0576 (RCL)

## NOTICE OF FILING BULKY EXHIBITS

Pursuant to the procedures for filing bulky documents, this Notice serves as notification that the exhibits (1 - 44) in this case have been filed in paper form in the Clerk's Office. They are available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

NANCY MAYER-WHITTINGTON

Clerk