UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BELINDA MOORE,** *et al.*, ) | |
| ) | |
|    **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 06-576 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA** *et al.*, ) | |
| ) | |
|    **Defendants.** ) | |
| ) | |

**ORDER**

On consideration of the Defendants' Consent Motion [2] For Enlargement Of Time To Respond To Complaint, filed May 17, 2006, at it appearing that a grant of that motion would be just and proper, it is, hereby

ORDERED, that the Defendants' motion is granted; and it is

FURTHER ORDERED, that the time within which the Defendants may respond to the complaint herein is hereby enlarged to and including July 1, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on May 31, 2006.