# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        :
**BELINDA MOORE, for**                   :
**M.A., a minor, et al.,**               :
                                        :
    **Plaintiffs,**  :
                                        :
      **v.** :    **Civ. No. 06-00576**
                                        :
**DISTRICT OF COLUMBIA, et al.,**        :
                                        :
    **Defendants.**   :
_____ :

## DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby move this Court for an enlargement of time – to July 14, 2006 – to respond to the complaint herein.

This action involves forty four Plaintiffs' claims for the recovery of attorney fees under the Individuals With Disabilities Education Act ("IDEA"). But for the claims of Plaintiffs S. Haynes, D. Jackson, D. Knight, K. Murry, J. Muse and L. Romero, all matters have been settled out of court and a praecipe for dismissal has been filed in those matters. Currently, the above named Plaintiffs' matters have not been settled but a possible settlement is being addressed.

To allow the parties to continue to work on the possibility of settling all of the Plaintiffs' claims herein before embarking on the preparation and filing of pleadings that may not ultimately be necessary, the Defendants respectfully request that this Court enlarge the time to file their response to the complaint herein.

Counsel for the Plaintiffs has consented to a grant of this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District
of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7334

June 30, 2006

## MEMORANDUM OF POINTS AND AUTHORITIES

Rule 6(b)(1), Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                    :
**BELINDA MOORE, for**              :
**M.A., a minor, et al.,**          :
                                    :
        **Plaintiffs,**             :
                                    :
        **v.**                      :    **Civ. No. 06-00576**
                                    :
**DISTRICT OF COLUMBIA, et al.,**   :
                                    :
        **Defendants.**             :
_____:


**ORDER**

On consideration of the Defendants' Consent Motion For Enlargement Of Time To Respond To Complaint, filed June 30, 2006, at it appearing that a grant of that motion would be just and proper, it is, this ____ day of _____, 2006,

ORDERED, That the Defendants' motion is granted; and it is

FURTHER ORDERED, That the time within which the Defendants may respond to the complaint herein is hereby enlarged to and including July 14, 2006.


                                    _____
                                    United States District Court Judge