IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BELINDA MOORE**  )<br>**Parent and next friend of M.A., a minor**  )<br>                                                                          )<br>                                **Plaintiff**           )<br>                                                                          )      **Civil Action No.: 06-CV-00576**<br>                **v.**                                                 )<br>                                                                          )<br>**DISTRICT OF COLUMBIA,** *et al.*,           )<br>                                                                          )<br>                                **Defendants.**     )<br>                                                                          ) | |

**PRAECIPE**

To the Clerk of the Court:

Please dismiss all Plaintiffs with prejudice and mark as settled, except for:

1. Sandrita Haynes, Parent and next friend of S.H., a minor;

2. Bernadette James, Parent and next friend of D.J., a minor;

3. Loretta Knight, Parent and next friend of D.K., a minor;

4. Antonio Ballard, Parent and next friend of K.M., a minor;

5. Jean Abdur Rashid, Parent and next friend of J.M., a minor;

6. Blanca Romero, Parent and next friend of L.R., a minor.

Respectfully submitted,

/s/
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C. 20005
(202) 742-2000
(202) 742-2098 (fax)

*Attorney for Plaintiffs*

*Attorney for Plaintiffs*