UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BELINDA MOORE, for M.A., a minor, et al.,** : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **DISTRICT OF COLUMBIA, et al.,** : <br> : <br> Defendants. : | Civ. No. 06-0576 (RCL) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please note to the entry of the appearance of Amy Caspari, Assistant Attorney General, as counsel for defendants in this matter.

      Respectfully submitted,

      ROBERT J. SPAGNOLETTI
      Attorney General for the
      District of Columbia

      GEORGE C. VALENTINE
      Deputy Attorney General
      Civil Litigation Division

      **/s/ Edward P. Taptich**
      EDWARD P. TAPTICH [#012914]
      Chief, Equity Section II

|  |  |
|---|---|
|  | **/s/ Amy Caspari** |
|  | Amy Caspari [#488968] |
|  | Assistant Attorney General |
|  | 441 Fourth Street, N.W. |
|  | Sixth Floor North |
|  | Washington, D.C. 20001 |
|  | (202) 724-7794 |
| July 13, 2006 | email: amy.caspari@dc.gov |