IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BELINDA MOORE ) <br> Parent and next friend of M.A., a minor ) <br> ) <br> Plaintiff ) <br> ) Civil Action No.: 06-CV-00576 <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | |

**PRAECIPE**

To the Clerk of the Court:

    Please dismiss the following Plaintiffs:

    1. Sandrita Haynes, Parent and next friend of S.H., a minor, with prejudice;

    2. Bernadette James, Parent and next friend of D.J., a minor, with prejudice;

    3. Loretta Knight, Parent and next friend of D.K., a minor, with prejudice;

    4. Antonio Ballard, Parent and next friend of K.M., a minor, with prejudice;

    5. Jean Abdur Rashid, Parent and next friend of J.M., a minor, without prejudice;

    6. Blanca Romero, Parent and next friend of L.R., a minor, with prejudice.

    Respectfully submitted,

/s/
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C. 20005
(202) 742-2000
(202) 742-2098 (fax)
***Attorneys for Plaintiffs***