UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BELINDA MOORE**, *et al.*, )<br>  )<br>  Plaintiffs, )<br>  )<br>  v. )<br>  )<br>**DISTRICT OF COLUMBIA** *et al.*, )<br>  )<br>  Defendants. )<br>  ) | Civil Action No. 06-576 (RCL) |

### ORDER

On consideration of the Defendants' Consent Motion [4] For Enlargement Of Time To Respond To Complaint, filed June 30, 2006, at it appearing that a grant of that motion would be just and proper, it is, hereby

ORDERED, that the Defendants' motion is granted, *nunc pro tunc*; and it is

FURTHER ORDERED, that the time within which the Defendants may respond to the complaint herein is hereby enlarged to and including July 14, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on July 21, 2006.