UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BELINDA MOORE,** *et al.*, | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No. 06-576 (RCL) |
| **DISTRICT OF COLUMBIA** *et al.*, | ) |
| **Defendants.** | ) |

### ORDER

Upon consideration of Defendants' Motion [7] to Dismiss the Complaint, any responses thereto, and the record herein, it is hereby

ORDERED that Defendants' Motion to Dismiss is denied as moot, as all plaintiffs have now voluntarily dismissed their claims, by praecipe filed on July 3 and July 14, 2006.

Accordingly, this case shall be terminated on the active dockets of this Court as voluntarily dismissed.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on August 16, 2006.